UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60168-CIV-SINGHAL

HUGUES GERVAT, derivatively on behalf of
CITRIX SYSTEMS, INC.,

    Plaintiff,

v.

DAVID J. HENSHALL, ROBERT M.
CALDERONI, ARLEN SHENKMAN, PAUL
J. HOUGH, MARK J. SCHMITZ, NANCI E.
CALDWELL, JESSE A. COHN, ROBERT D.
DALEO, MURRAY J. DEMO, AJEI S.
GOPAL, ROBERT E. KNOWLING, JR.,
THOMAS E. HOGAN, MOIRA A.
KILCOYNE, PETER J. SACRIPANTI, and J.
DONALD SHERMAN,

    Defendants,

    and

CITRIX SYSTEMS, INC.,

    Nominal Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff (DE [43]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 11th day of March 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF